1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:     415.268.7000
5  Facsimile:     415.268.7522

6  Attorneys for Defendants
   MARRONE BIO INNOVATIONS, INC., PAMELA G.
7  MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD,

8
                  UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11

12  PAUL SAUSMAN, Individually and On Behalf of       Case No.      2:14-cv-02072-MCE-KJN
    All Others Similarly Situated,
13                                                     **STIPULATION AND ORDER**
                        Plaintiff,                     **DEFERRING DEADLINES TO**
14                                                     **RESPOND TO THE COMPLAINT**
               v.
15                                                     Judge:        Hon. Morrison C. England
    MARRONE BIO INNOVATIONS, INC.,                     Date Filed:   Sept. 8, 2014
16  PAMELA G. MARRONE, DONALD J.                       Trial Date:   None Set
    GLIDEWELL, and JAMES B. BOYD
17
                        Defendants.
18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rule 144 and Federal Rule of Civil Procedure 6, the parties hereby

2   stipulate, subject to the Court's approval, as follows:

3   WHEREAS, this securities class action lawsuit was instituted in this district on

4   September 8, 2014, on behalf of all persons who purchased or otherwise acquired the publicly

5   traded securities of Marrone Bio Innovations, Inc. ("Marrone") between March 7, 2014, and

6   September 2, 2014;

7   WHEREAS, this securities class action lawsuit is governed by the Private Securities

8   Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

9   WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C.

10   § 78u-4(a)(3)(B) of the Reform Act;

11   WHEREAS, the undersigned parties anticipate that, following the appointment of Lead

12   Plaintiff, a consolidated complaint will be filed;

13   WHEREAS, the Court issued an Order Requiring Joint Status Report on September 8,

14   2014 (Dkt. No. 2) setting deadlines for the parties' conference pursuant to Fed. R. Civ. P. 26(f);

15   WHEREAS, counsel for the parties have met and conferred and agreed that the due date

16   for defendants' responses to the complaint and the filing of a joint status report should be deferred

17   until a lead plaintiff is appointed;

18   WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial

19   efficiency, and will not cause prejudice to either party;

20   WHEREAS, no previous extension of this deadline has been sought;

21   NOW, THEREFORE, in the interest of judicial economy and good cause showing, the

22   parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the

23   Court hereby orders, as follows:

24   1.  Without prejudice to any parties' right to seek interim relief, Defendants shall have no

25   obligation to answer or otherwise respond to the complaint until after the Court appoints a lead

26   plaintiff and lead counsel pursuant to the provisions of the Reform Act.

27   2.  Defendants will meet and confer with the court-appointed lead counsel within twenty

28   (20) days following the appointment of a lead plaintiff and lead counsel to (a) confirm whether

1   the lead plaintiff will file a new complaint that supersedes all previously filed complaints or deem

2   the existing complaint operative; (b) establish a common response date for all defendants,

3   including a briefing schedule on defendants' anticipated motions to dismiss and (c) establish a

4   date to provide the Court with the Joint Status report as set forth in the Order of September 8,

5   2014.

6   Dated: October 24, 2014                    MORRISON & FOERSTER LLP

7

8                                              By:          /s/ *Judson E. Lobdell*
                                                            Judson E. Lobdell

9                                              JORDAN ETH

10                                             JUDSON E. LOBDELL
                                               Morrison & Foerster LLP

11                                             425 Market Street
                                               San Francisco, California  94105-2482

12                                             Telephone: 415.268.7000
                                               Facsimile: 415.268.7522

13                                             Attorneys for Defendants

14                                             MARRONE BIO INNOVATIONS, INC.,
                                               PAMELA G. MARRONE, DONALD J.

15                                             GLIDEWELL, and JAMES B. BOYD

16                                             ROBBINS GELLER RUDMAN & DOWD LLP
                                               By: /s/ *Willow E. Radcliffe* as authorized on

17                                                    10/24/2014
                                                            Willow E. Radcliffe

18                                             ROBBINS GELLER RUDMAN

19                                             & DOWD LLP
                                               Post Montgomery Center

20                                             One Montgomery Street, Suite 1800
                                               San Francisco, CA 94104

21                                             Telephone: 415/288-4545
                                               415/288-4534 (fax)

22
                                               Attorneys for Plaintiff
23                                             PAUL SAUSMAN

24   ///
     ///
25   ///
     ///
26   ///
     ///
27   ///
     ///
28   ///

1

**ORDER**

2        The Court ADOPTS the above stipulation (ECF No. 11) in its entirety, except that the

3    parties are ORDERED to submit joint status reports informing the Court of the status of this case

4    every sixty (60) days starting from the date this order is electronically filed until the appointment

5    of a lead plaintiff and lead counsel <u>and</u> the establishment of a date to provide the Court with the

6    Joint Status report required by the Court's September 8, 2014, Order (ECF No. 2).  Failure to

7    comply with this Order may result in the issuance of monetary sanctions on counsel for all parties

8    and/or dismissal of this action, without further notice to the parties, for noncompliance with court

9    orders and/or for failure to prosecute pursuant to this Court's inherent authority to control its

10   docket and/or Federal Rule of Civil Procedure 41(b).

11       IT IS SO ORDERED.

12   Dated:  October 29, 2014

13

14   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
15   UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28